THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FREDERICK THOMAS, True Name FREDERICK ALLEN THOMAS, Appellant.— Appeal by defendant from a judgment of the County Court, Queens county, convicting him of the crime of burglary in the third degree, committed as a second offense. Judgment of conviction unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN WILLIAMS, Appellant.— Judgment of the County Court, Kings county, convicting the defendant of rape in the first degree and assault in the second degree, reversed on the law and the facts and a new trial ordered. The testimony as to particulars of the disclosure made by the complainant, which appears after the objections at folios 141 and 279 of the record, should not have been admitted. The People having introduced evidence of part of the statements made by the defendant at the time of his arrest, the application made by defendant's counsel at folio 470 should have been granted without the restrictions that were imposed. The request to charge, with respect to Mrs. Block's testimony, at folios 666 and 667, should have been granted. It was not a sufficient answer to the note of the jury to have read subdivision 3 of section 2010 of the Penal Law. The charge as a whole was not sufficient or adequate, but on a second trial the error in this respect probably will not be repeated. Lazansky, P. J., Hagarty, Adel and Taylor, JJ., concur; Carswell, J., concurs as to reversal of the judgment of conviction but dissents as to a new trial and votes to dismiss the indictment.

EDWARD T. RIORDAN, Appellant, v. PEOPLES SAVINGS BANK OF YONKERS, NEW YORK, and ALBERT D. STANCS, Respondents.— Order of the City Court of Yonkers, dismissing complaint as against respondent Stancs, and judgment entered thereon, reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to respondents to answer within ten days from the entry of the order hereon. The second cause of action in the amended complaint is sufficient (Ochs v. Woods, 221 N. Y. 335); so also is the third cause of action. (Hornstein v. Podwitz, 254 id. 443.) There is no misjoinder of parties defendant. (Civ. Prac. Act, §§ 211, 212.) Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

JAMES R. ROWE, Appellant, v. QUEENS BOROUGH GAS & ELECTRIC COMPANY, Respondent.— In an action to recover damages for personal injuries sustained by reason of the alleged negligent operation of defendant's automobile, plaintiff appeals from a judgment in favor of defendant. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ. [171 Misc. 395.]